# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Le-Nature's, Inc.<br>Commercial Litigation | WDPA Docket No. 2:09-MC-00162<br>MDL Docket No. 2021 |
| FARM CREDIT LEASING SERVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CIT GROUP/EQUIPMENT FINANCING, INC., KRONES, INC. HEINZ SOMMER, KRONES AG, VOLKER KRONSEDER, THE MARSHALL GROUP, MARSHALL BANKFIRST CORP., MARSHALL FINANCIAL, INC., and MARSHALL INVESTMENTS CORP.<br><br>Defendants. | W.D. Pa.  Case No. 2:10-cv-01445-DWA<br><br>Honorable Donetta W. Ambrose |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff, Farm Credit Leasing Services Corporation, on the one hand and Defendants CIT Group/Equipment Financing, Inc., Krones, Inc., Heinz Sommer, Krones AG, Volker Kronseder, The Marshall Group, Marshall BankFirst Corp., Marshall Financial, Inc. and Marshall Investments Corp. on the other, that the above-styled cause of action, including all claims, counterclaims and affirmative defenses, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

BUCHANAN INGERSOLL & ROONEY PC


By:/s/ Marc Tepper
H. Marc Tepper
Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
E-mail: marc.tepper@bipc.com
*Attorneys for Plaintiff Farm Credit Leasing Services Corporation*

BLANK ROME LLP


By:/s/ Christopher Sharp
Christopher Sharp
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500
E-mail: sharp@blankrome.com
*Attorneys for Defendant CIT Group/Equipment Financing, Inc.*

FOLEY & LARDNER LLP


By:/s/ James R. Clark
Andrew J. Wronski
James R. Clark
Elizabeth A.N. Haas
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-5518
E-mail: awronski@foley.com
      ehaas@foley.com
      jclark@foley.com
*Attorneys for Krones, Inc., Heinz Sommer, Krones AG and Volker Kronseder*

FAEGRE BAKER DANIELS LLP


By:/s/ Jerome A. Miranowski
Michael M. Krauss
Jerome A. Miranowski
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
(612) 766-7000
E-mail: michael.krauss@faegrebd.com
      jerome.miranowski@faegrebd.com
*Attorneys for The Marshall Group, Marshall BankFirst Corp., Marshall Financial, Inc. and Marshall Investments Corp.*